# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          |   Case No. 12-32781

    MARK HANKTON
    MIKA HANKTON
        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/17/2012.

2) The plan was confirmed on 02/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/16/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 11/20/2017.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $32,320.00.

10) Amount of unsecured claims discharged without payment: $161,972.53.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $44,880.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$44,880.00** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,988.63 | |
| Other | $101.58 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,590.21** |

Attorney fees paid and disclosed by debtor:    $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Priority | 234.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BONE & JOINT CENTER PC | Unsecured | 22,146.30 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARRINGTON MORGAGE SERV | Secured | 115,000.00 | 121,660.79 | 123,531.02 | 0.00 | 0.00 |
| CARRINGTON MORGAGE SERV | Secured | NA | 1,870.23 | 1,870.23 | 1,870.23 | 0.00 |
| CARRINGTON MORGAGE SERV | Unsecured | 9,215.51 | NA | NA | 0.00 | 0.00 |
| CHASE BP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO TRIBUNE | Unsecured | 25.50 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| DRS RICHARD & SUSAN EGWELE MI | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 75,953.02 | 75,953.02 | 75,953.02 | 12,460.81 | 0.00 |
| FOUR SEASON HEATING & AIR | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JCP | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| GLENWOOD EAST CONDO ASSOC | Unsecured | 2,771.40 | NA | NA | 0.00 | 0.00 |
| GLENWOOD EAST CONDO ASSOC | Secured | 2,771.40 | 2,771.40 | 2,771.40 | 2,771.40 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GLOBAL CONNECTIONS INC | Unsecured | 1,450.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 2,164.50 | 2,164.50 | 2,164.50 | 355.11 | 0.00 |
| GM FINANCIAL | Secured | 9,400.00 | 9,400.00 | 9,400.00 | 9,400.00 | 1,227.56 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SVCS INC | Secured | 34,429.09 | 34,429.09 | 34,429.09 | 0.00 | 0.00 |
| HSBC MORTGAGE SVCS INC | Unsecured | 34,429.09 | 22,662.54 | 22,662.54 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 1,111.00 | 1,010.00 | 1,010.00 | 1,010.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 445.00 | 445.00 | 445.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 101.00 | 101.00 | 16.57 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMC NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGAN BLAIR & SAMI | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 224.00 | 224.89 | 224.89 | 36.90 | 0.00 |
| LVNV FUNDING | Unsecured | 228.00 | 661.71 | 661.71 | 108.56 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| MTK GHANI MD | Unsecured | 961.00 | NA | NA | 0.00 | 0.00 |
| NU WAY TRUCK DRIVER TRAINING | Unsecured | 6,489.31 | 6,489.31 | 6,489.31 | 1,064.63 | 0.00 |
| PEOPLE OF THE STATE OF IL | Priority | 140.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 835.00 | 835.41 | 835.41 | 137.06 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 0.00 | 218.00 | 218.00 | 35.76 | 0.00 |
| PRAIRIE ANESTHESIA | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEAWAY NATIONAL BANK | Secured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| SEAWAY NATIONAL BANK | Unsecured | 10,040.00 | NA | NA | 0.00 | 0.00 |
| SEAWAY NATIONAL BANK | Secured | NA | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| SETON MEDICAL CENTER | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | NA | 22,783.15 | 22,783.15 | 3,737.79 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Priority | 22,836.00 | NA | NA | 0.00 | 0.00 |
| SPRINT PCS | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| TOREK HOSPITAL | Unsecured | 72.30 | NA | NA | 0.00 | 0.00 |
| TOREK HOSPITAL | Unsecured | 492.87 | NA | NA | 0.00 | 0.00 |
| US CELLULAR CORP CHICAGO | Unsecured | 646.72 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WINDY CITY EMERGENCY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WOMENS HEALTHCARE OF IL | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $157,960.11 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,870.23 | $2,870.23 | $0.00 |
| Debt Secured by Vehicle | $9,400.00 | $9,400.00 | $1,227.56 |
| All Other Secured | $2,771.40 | $2,771.40 | $0.00 |
| **TOTAL SECURED:** | **$173,001.74** | **$15,041.63** | **$1,227.56** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,010.00 | $1,010.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,010.00** | **$1,010.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$132,538.53** | **$22,010.60** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,590.21 |
| Disbursements to Creditors | $39,289.79 |
| **TOTAL DISBURSEMENTS** : | **$44,880.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/15/2018                    By: /s/ Tom Vaughn

                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**